# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DYRON HANNAH**                                                **PLAINTIFF**

**v.**                          **No. 4:25-cv-1015-DPM**

**SOCIAL SECURITY**
**ADMINISTRATION, Commissioner**                 **DEFENDANT**

## ORDER

1.     The Court withdraws the reference.

2.     The unopposed motion to remand for further administrative proceedings, *Doc. 13*, is granted.

So Ordered.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

4 June 2026