**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DYRON HANNAH**                                                                                **PLAINTIFF**

**v.**                                        **No. 4:25-cv-1015-DPM**

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                                          **DEFENDANT**

### JUDGMENT

Hannah's claim is remanded for further administrative review. This is a "sentence four" remand.  42 U.S.C. § 405(g);  *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

4 June 2026