IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DYRON HANNAH** **PLAINTIFF**

**v.** **No. 4:25-cv-1015-DPM**

**SOCIAL SECURITY ADMINISTRATION, Commissioner** **DEFENDANT**

**ORDER**

The Government and Hannah stipulate to an award of fees under 28 U.S.C. § 2412(d). *Doc. 18.* The hours are reasonable, and the stipulated hourly rate works out to a total of $8,000. The Court awards $8,000—payable directly to Hannah, subject to any offset to satisfy any preexisting debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Hannah's lawyer.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 August 2026